# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEIL M. JOHNSON, ) | 3:09-CV-0759-LRH (RAM) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | May 17, 2010 |
| COMFORT RESIDENTIAL PARTNERS, ) LLC, et al., ) | |
| Defendants. ) | |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   JENNIFER COTTER          REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff has filed Expedited Motions to Reissue Service of Process for Defendants Praetgitzer Holdings, Inc., Dave Stromquist, William Thale, and Matt Bergeron (Doc. Nos. 24 and 25).  Good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Expedited Motions to Reissue Service of Process for Defendants Praetgitzer Holdings, Inc., Dave Stromquist, William Thale and Matt Bergeron (Doc. Nos. 24 and 25) are **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk shall reissue Summons for Defendants Praetgitzer Holdings, Inc., Dave Stromquist, William Thale, and Matt Bergeron and deliver the same to the U.S. Marshal for service.  The Clerk shall send Plaintiff sufficient copies of the Complaint (Doc. #5) and service of process forms (USM-285) for each Defendant.  Plaintiff shall have twenty (20) days from the date of this order to complete the USM-285 service forms and return them along with the other documents to the U.S. Marshal for service.

                                                                LANCE S. WILSON, CLERK
                                                                By:            /s/
                                                                     Deputy Clerk