AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

NEIL M. JOHNSON,

      Plaintiff,      JUDGMENT IN A CIVIL CASE
V.

CASE NUMBER: **3:09-CV-00759-LRH-RAM**

COMFORT RESIDENTIAL PARTNERS,
LLC, et al.,

      Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that defendants' motion to dismiss for lack of subject matter jurisdiction (Document No. 36) is GRANTED. Plaintiff's complaint is DISMISSED without prejudice.

  July 21, 2010                                             **LANCE S. WILSON**
                                                                                               Clerk

                                                                                            /s/ Katie Lynn Ogden
                                                                                              Deputy Clerk